# UNITED STATES DISTRICT COURT
Western District of North Carolina

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | ) | (For Offenses Committed On or After November 1, 1987) |
| V. | ) | |
| | ) | |
| Eric Straite | ) | Case Number:  3:17mc156-Petitioner Number |
| | ) | |
| | ) | |
| | ) | John Parke Davis |
| | ) | Respondent's Attorney |

**THE DEFENDANT:**

☐  Pleaded guilty to count(s).
☐  Pleaded nolo contendere to count(s) which was accepted by the court.
☒  Was found guilty on count(s) after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the Respondent is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18: USC 401 | Indirect Criminal Contempt of Court | 9/18/2017 | n/a |

　　　The Respondent is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐  The respondent has been found not guilty on count(s).
☐  Count(s) (is)(are) dismissed on the motion of the United States.

　　　**IT IS ORDERED** that the Respondent shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the respondent shall notify the court and United States attorney of any material change in the respondent's economic circumstances.

Date of Imposition of Sentence:  11/20/2017

Signed: December 1, 2017

Max O. Cogburn Jr.
United States District Judge

## IMPRISONMENT

The respondent is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWO (2) DAYS</u>.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The Respondent is remanded to the custody of the United States Marshal.

☐ The Respondent shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.
    ☐ At _ on _.

☐ The Respondent shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.
    ☐ Before 2 p.m. on _.
    ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
      Deputy Marshal